AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

DISTRICT OF _____ Kansas

UNITED STATES OF AMERICA

v.

SCOTT DEPPISH

**WARRANT FOR ARREST**

CASE NUMBER: 13-40070-01-JAR

FILED
JUL 9 2013
Clerk, U.S. District Court
By: [signature] Deputy Clerk

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SCOTT DEPPISH _____
                                                    Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her   (brief description of offense)

Ct. 1 - 18 USC 2252(a)(2)
Distribution of Child Porn

Cts. 2 - 18 USC 2252(a)(4)(B)
Possession of Child Porn

UNITED STATES MARSHAL RECEIVED
2013 JUN 27 AM 8:46
TOPEKA, KS

in violation of _____ 18 _____ United States Code, Section(s) _____ 2252(a)(2) _____

TIMOTHY M. O'BRIEN
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

M. Barnes, Deputy Clerk
Signature of Issuing Officer

June 26, 2013    at Topeka, Kansas
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFII | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/2/13 | James Kanatzar Special Agent HSI | [signature] Jim Kanatzar |