IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Case No. 13-40070-JAR<br>v. )<br>)<br>SCOTT DEPPISH, )<br>)<br>Defendant. )<br>_____ ) | |

**NOTICE OF GOVERNMENT'S EXPERT WITNESSES
AND REQUEST FOR DEFENSE EXPERT WITNESS DISCLOSURE**

The United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Christine E. Kenney, Assistant United States Attorney for said District, submits the following:

**Notice of Expert Witnesses**

Pursuant to Federal Rules of Criminal Procedure 16(a)(1)(G), the government may call the following witness to testify as an expert:

**James D. Kanatzar.** James D. Kanatzar is a special agent with the Department of Homeland Security, Homeland Security Investigations, and conducts forensic examinations on computers and other electronic devices. Special

1

Agent Kanatzar may testify regarding the examination he conducted on the computer and electronic items seized from the defendant's residence.  Special Agent Kanatzar may testify to obtaining, securing, and imaging computer hard drives and peripherals, and the use of specialized software including Encase to analyze software and hardware use and the recovery of deleted files, in general, and specifically as the process pertained to the defendant's property.

The government has previously produced the reports of the investigation, and will continue to make available to defense counsel the derivative evidence disks.  The government incorporates these reports and supporting documentation into this notice.

The government will provide a copy of the above witness's curriculum vitae, which the government incorporates into this notice, to defense counsel via email. The curriculum vitae shows the subject matter and basis for the opinions which the witness will render, along with the areas that may arise during the witness's testimony.

Finally, the government respectfully reserves the right to amend this notice prior to trial.

## Reciprocal Expert Disclosure

Pursuant to Federal Rules of Criminal Procedure 16(b)(1)(C), the government requests written notice of any expert witnesses the defendant plans to call at trial.

    Respectfully submitted,

    BARRY R. GRISSOM
    United States Attorney

    /s/ Christine E. Kenney
    Christine E. Kenney, #13542
    Assistant U.S. Attorney
    444 SE Quincy, Room 290
    Topeka, KS   66683
    (785) 295-2850
    christine.kenney@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October, 2013, I electronically filed the foregoing Notice with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Christine E. Kenney
Christine E. Kenney, #13542
Assistant United States Attorney
444 S.E. Quincy, Suite 290
Topeka, KS 66683
(785) 295-2850
christine.kenney@usdoj.gov
