IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>              )<br>vs.               )<br>              )<br>SCOTT C. DEPPISH,      )<br>          Defendant. )<br>_____) | Case No. 13-40070-01-JAR |

### ORDER FOR PRODUCTION OF WITNESS
### PURSUANT TO RULE 17(b)
### OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

**NOW ON** this 5th day of December, 2013, on the application of the accused pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, and for good cause shown, the Court hereby finds that the presence of the following named witness for testimonial purposes set out below at the **motions hearing** in the above-captioned case on **December 11, 2013, at 9:00 a.m.** is necessary for an adequate defense. The Court further finds that the accused is financially unable to pay the costs incurred for the procurement and production of said witness.

**IT IS, THEREFORE, ORDERED** that the following witness be produced on behalf of the accused at the motions hearing in the above-captioned case:

1.  Cory Odell
   Junction City Police Department
   Junction City, Kansas

IT IS FURTHER ORDERED that a subpoena issue for the above-named witness, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure; that the costs incurred for the procurement and production of said witness be paid by the United States; and that the United States Marshal for the District of Kansas, or his duly appointed deputies are hereby authorized to disburse such funds necessary to pay the fees and costs incurred for the procurement and production of said witness at the **motions hearing** on **December 11, 2013, at 9:00 a.m.** in the above-captioned case.

**IT IS SO ORDERED.**

Dated: December 5, 2013

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE