**Clerk's Courtroom Motions/Miscellaneous Minute Sheet**

UNITED STATES OF AMERICA

v.

SCOTT C. DEPPISH

Case No:   13-40070-01-JAR

Location: Topeka, Kansas

AUSA: Chris Kenney
Deft. Atty.:Kirk Redmond, Melody Evans

| | | | |
|---|---|---|---|
| **JUDGE:** | Robinson | **DATE:** | 12/11/2013 |
| **DEPUTY CLERK:** | Wiest | **TAPE/REPORTER:** | Harris |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | |

MOTION HEARING

Case comes before the Court for a hearing on defendant's Motions to Suppress (Docs. 19 & 20).

The Court hears testimony of witnesses. The Court takes the matter under advisement. Simultaneous briefs are due on or before December 20, 2013.

**Exhibit and Witness Lists Attached**

**CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**
**UNITED STATES OF AMERICA VS. SCOTT C. DEPPISH**
12/11/2013

**CASE NO. 13-40070-01-JAR**

| WITNESSES FOR PLAINTIFF | | WITNESSES FOR DEFENDANT | |
|---|---|---|---|
| Name | Sworn | Name | Sworn |
| James D. Kanatzar, Special Agent, Homeland Security | ( x ) | | |
| Cory Odell, Detective , Junction City Policy Department | ( x ) | | |

_

UNITED STATES OF AMERICA vs. SCOTT C. DEPPISH

EXHIBIT SHEET

Case No:   13-40070-01-JAR                              Government's     Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1 | IMGSRC Referral for Dirtyoldman71 | x | x | x | Kanatzar |
| 2 | Dirtyoldman71 albums and screenshots - UNDER SEAL | x | x | x | Kanatzar |
| 3 | Yahoo! Account Management Tool | x | x | x | Kanatzar |
| 4 | Cox Communications Subpoena Response | x | x | x | Kanatzar |
| 5 | Affidavit - Yahoo! Email SW | x | x | x | Kanatzar |
| 6 | Search Warrant - Yahoo! Email | x | x | x | Kanatzar |
| 7 | Search Warrant Application - Yahoo! Email | x | x | x | Kanatzar |
| 8 | Affidavit - Residence SW | x | x | x | Kanatzar |
| 9 | Search Warrant - Residence | x | x | x | Kanatzar |
| 10 | Affidavit - Computer SW | x | x | x | Kanatzar |
| 11 | Search Warrant - Computer | x | x | x | Kanatzar |

UNITED STATES OF AMERICA vs. SCOTT C. DEPPISH

EXHIBIT SHEET

Case No:   13-40070-01-JAR                                    Defendant's   Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 404 | Attachment B - Search Warrant | x | x | x | Kanatzar |
| 406 | Report of Investigation (Rep No. 3) James Kanatzar | x | x | x | Kanatzar |
| 410 | Report of Investigation (Rep No. 2) James Kanatzar | x | x | x | Kanatzar |
| 412 | Affidavit for Search Warrant in another case by James Kanatzar | x | x | x | Kanatzar |